# United States District Court
## Southern District of Georgia

EUGENE MICHAEL GROSS,

    Petitioner,

JUDGMENT IN A CIVIL CASE

    v.

CASE NUMBER: CV117-021
                           CR115-077

UNITED STATES OR AMERICA,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on May 31, 2017, the Report and Recommendation of the Magistrate Judge are ADOPTED as the opinion of this Court. Therefore, the petitioner's motion pursuant to 28 U.S.C. § 2255 is DENIED, judgment is ENTERED in favor of the Respondent, and this civil action stands CLOSED.



May 31, 2017
Date

Scott L. Poff
Clerk

(By) Deputy Clerk